THE CARTHAGENA. (Circuit Court of Appeals, Second Circuit. May 22, 1922.) No. 202. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by the Grace Steamship

Company against the North Atlantic Shipping Corporation, claimant of the steamship Carthagena, her engines, etc. Decree for libelant, and claimant appeals. Affirmed. Hunt, Hill & Betts, of New York City (John W. Crandall, of New York City, of counsel), for appellant. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.